FILED
07/30/2026
*Sandy Erhardt*
CLERK
Gallatin County District Court
STATE OF MONTANA
By: Ahmed Mir
DV-16-2026-0001088-PI
Breuner, Andrew
4.00

**MONTANA EIGHTEENTH JUDICIAL DISTRICT COURT**

**GALLATIN COUNTY**

AUSTIN SHEARMAN and AMANDA SHEARMAN,

Plaintiffs,

v.

TRAVELERS PERSONAL INSURANCE COMPANY, and JOHN DOES 1-5,

Defendants.

DEPT. NO.: 4
CASE NO.: DV-16-2026-0001088-PI

**ORDER GRANTING TRAVELERS PERSONAL INSURANCE'S UNCONTESTED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND WRITTEN DISCOVERY REQUESTS**

THIS MATTER having come before the Court on Travelers Personal Insurance Company's ("Travelers") Uncontested Motion for Extension of Time to Respond to Complaint and Written Discovery Requests, in consideration of the premises, and the Court being fully advised,

IT IS HEREBY ORDERED that the deadline for Travelers to respond to Plaintiffs' Complaint and Demand for Jury Trial is extended to and including August 17, 2026.

IT IS FURTHER ORDERED that the deadline for Travelers to respond to Plaintiffs' First Discovery Requests to Defendant is extended to and including September 10, 2026.

IT IS SO ORDERED.

Dated: July 30, 2026

Hon. Andrew Breuner
District Court Judge